# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JONATHAN STEPHENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02476 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On February 28, 2018, the magistrate judge issued a Report and Recommendation (DE #20), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Judgment on the Administrative Record filed by the plaintiff (Docket No. 17) is DENIED, and the Commissioner's decision is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g).

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 19th day of March 2018.

_____
ALETA A. TRAUGER
U.S. District Judge